ELI RAITPORT, Appellant, v CONSOLIDATED EDISON COMPANY OF NEW YORK, Respondent.

Submitted February 14, 2006; decided February 21, 2006

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Second Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).

SAMUEL SCHWARTZ, Appellant, v CHATCHAVAN SUEBSANGUAN, Defendant, and GORDON D. LUTCHMAN et al., Respondents.

Submitted December 27, 2005; decided February 21, 2006

Motion, insofar as it seeks leave to appeal as against Gordon D. Lutchman, Metropolitan Jewish Geriatric Nursing Home Company, Inc., Dr. Cicora and Maimonides Medical Center, dismissed as untimely (*see* CPLR 5514); motion for leave to appeal otherwise denied.

ARTHUR G. SOLDINGER, Appellant, v ELFRIEDE SOLDINGER, Respondent.

Submitted January 3, 2006; decided February 21, 2006

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

PAMELA VEGA et al., Appellants, v STIMSONITE CORPORATION et al., Respondents.

Submitted January 17, 2006; decided February 21, 2006

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).